AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Southern District of Texas
FILED
OCT 11 2019
David J. Bradley, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| DELEON, Carlos Javier YOB: 1991, USC | ) Case No. |
| | ) M-19-2486 -M |
| | ) |
| | ) |
| Defendant(s) | ) |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 9, 2019  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC, 846 | Knowingly and Intentionally Conspire to Possess with Intent to Distribute approx. 27.25 kilograms of cocaine, a Schedule II Controlled Substance |
| 21 USC, 841 (a)(1) | Knowingly and Intentionally Possess with Intent to Distribute approx. 27.25 kilograms of cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A".

☑ Continued on the attached sheet.

_____
Complainant's signature

Federico Adame, Jr. DEA Speical Agent
_____
Printed name and title

Approved by Robert Guerra AUSA
Sworn to before me and signed in my presence.

Date: 10/11/2019 5:28 p.m.

_____
Judge's signature

City and state:  McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
_____
Printed name and title

**Attachment A**

On October 8, 2019, DEA HIDTA Agents received information about an individual looking for a driver to transport 25 kilograms of cocaine from the Rio Grande Valley, Texas, to Atlanta, Georgia.

On October 9, 2019, an undercover DEA Agent was contacted by the individual, later identified as Carlos Javier DELEON, hereinafter referred to as DELEON. DELEON asked the undercover agent to meet at a local restaurant. located in Pharr, Texas F.A. /o 7-1-19

Agents observed DELEON walk into the restaurant. After the meeting was terminated and Agents maintained surveillance on DELEON. Subsequently, the undercover agent received a call from DELEON asking the agent if the agent was available to receive the cocaine on this same date. The agent agreed.

Later that day, the undercover agent met with DELEON at a local business and took possession of a parcel from DELEON later found to contain 25 bundles weighting approximately 27.25 kilograms of a white powdery substance. The bundles were field tested and positively identified as possessing the properties and characteristics of cocaine, a schedule II controlled substance. The transaction took place at the H-E-B located at 901 W. Trenton Rd., McAllen, Texas at approximately 5:14 pm. F.A. /o-11-19